CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

OCT 18 2022

LAURA A. AUSTIN, CLERK
BY: /s/
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 2:22-cr-00006 |
| : | |
| ALEXANDER ORTIZ : | Violations: 21 U.S.C. § 846 |
| JORGE EFRAIN PEREZ, JR. : | 18 U.S.C. § 924(c) |
| DESTINY RAEANN PEREZ : | |

## SUPERSEDING INDICTMENT

### COUNT ONE

The Grand Jury charges that:

1. On or about and between November 1, 2020, and June 20, 2022, in the Western District of Virginia and elsewhere, ALEXANDER ORTIZ, DESTINY RAEANN PEREZ, JORGE EFRAIN PEREZ, JR., Paul Mason Perkins, Cheyenne Cassie Carico, Austin Jeremiah Lane, and others knowingly and intentionally conspired to distribute and possess with the intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), the use of which resulted in serious bodily injury of J.M. and J.W.

2. All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A).

### COUNT TWO

The Grand Jury charges that:

1. On or about June 20, 2022, in the Western District of Virginia and elsewhere, ALEXANDER ORTIZ knowingly possessed the following firearms in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States (conspiracy to distribute and possess with the intent to distribute fentanyl, as set forth in Count One):

- FNH USA, Model FN 5.7, 5.7x28 caliber pistol; and

- Glock, Model 45, 9mm pistol;

2. All in violation of Title 18, United States Code, Section 924(c)(1)(A).

## NOTICE OF FORFEITURE

1. Upon conviction of one or more of the felony offenses alleged in this Indictment, the defendant) shall forfeit to the United States:

   a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offenses, pursuant to 21 U.S.C. § 853(a)(1);

   b. any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said offenses, pursuant to 21 U.S.C. § 853(a)(2);

   c. any firearm used or intended to be used to facilitate the transportation, sale, receipt, possession, or concealment of controlled substances and/or raw materials, as described in 21 U.S.C. § 881(a)(1) and (2), and any proceeds traceable to such property, pursuant to 21 U.S.C. § 881(a)(11) and 28 U.S.C. § 2461(c);

   d. any firearms and ammunition involved or used in the commission of said offenses, or possessed in violation thereof, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c);

2. The property to be forfeited to the United States includes but is not limited to the following property:

   a. **Firearms and Ammunition**

      i. **FNH USA, Model FN 5.7, 5.7x28 caliber pistol, SN: 386217544**
      ii. **Glock, Model 45, 9mm pistol, SN: BTGT093**
      iii. **Glock, Model 27, .40 caliber pistol, SN: LDC827**
      iv. **FNH USA 5.7x28 caliber ammunition**
      v. **.40 caliber ammunition**
      vi. **Century Arms, Model VSKA, 7.62 caliber rifle, SN: SV7054834, with magazine**
      vii. **Homemade 5.56 caliber AR style rifle (no SN), with magazine**

      viii. Glock, Model 42, .380 caliber pistol, SN: AFRW630, with magazine
        ix. Glock, Model 43, 9mm pistol, SN: BCZG245, with magazine
         x. Springfield, Model XDM-9, 9mm pistol, SN: MG9683740, with magazine
        xi. Ruger, Model 57, 5.7x28 caliber pistol, SN: 641-29390, with magazine
       xii. Smith & Wesson, Model 686, .357 caliber revolver, SN: 24X57
      xiii. Sig Sauer, Model P365, 9mm pistol, SN: 66A863725, with 4 magazines
      xiv. Sig Sauer, Model MPX, 9mm pistol, SN: 62B007446, with magazine
       xv. Glock, Model 19, 9mm pistol, SN: BTDC914, with magazine
      xvi. Hornady, Model Luger, 9mm ammunition
     xvii. E.C., Model Luger, 9mm ammunition with red, blue, and copper tip
    xviii. FNB 5.7 caliber ammunition
      xix. Winchester, Model 38 SPL ammunition
       xx. 7.62 caliber ammunition
      xxi. 5.56 caliber ammunition

    b. **$9,257.00 in U.S. Currency**

    c. **Jewelry**

       i. Gold metal chain with "Big Gulp" pendant
      ii. Gold metal chain with "MCD" pendant
     iii. Two gold metal necklaces
     iv. Two gold metal bracelets
      v. Four gold metal rings

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with a third person;
    c. has been placed beyond the jurisdiction of the Court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States to seek forfeiture of any other property of the defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

A TRUE BILL, this ___18___ day of October, 2022.

/s/ Grand Jury Foreperson

*Christopher R. Kavanaugh /s/ RR*

CHRISTOPHER R. KAVANAUGH
United States Attorney